SION et al. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Proceedings by the people of the state of New York on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission and others. No opinion. Order settled.

PEOPLE ex rel. PIERCE v. NELSON et al. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Proceedings by the people of the state of New York, on relation of John F. Pierce, against Moses F. Nelson and others, comprising the board of canvassers of the town of Highlands, Orange county. No opinion. Appeal dismissed.

PEOPLE ex rel. RINGELMAN v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Proceedings by the people of the state of New York, on the relation of Herman L. Ringelman, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination of the commissioner reversed, and relator reinstated, with costs and disbursements, on the ground that he was dismissed without any evidence whatever to sustain such action.

PEOPLE ex rel. SHANTON, Appellant, v. CRAVEN, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Proceedings by the people of the state of New York, on the relation of T. Harry Shanton, against MacDonough Craven, as commissioner. A. L. Marvin, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. TULLY v. SMITH. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Proceedings by the people of the state of New York, on the relation of Edward G. Tully, against Thomas F. Smith, as clerk, etc. W. M. Seabury, for relator. W. B. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. VILLAGE OF GRAND VIEW ON THE HUDSON et al. v. ALDRIDGE et al., Com'rs. (Supreme Court, Appellate Division, Third Department. March 13, 1908.) Proceedings by the people of the state of New York, on the relation of the village of Grand View on the Hudson and others, against George W. Aldridge and others, commissioners, constituting the board of railroad commissioners, and the West Shore Traction Company. No opinion. Motion granted, upon payment by the moving party of $10 costs.

PEOPLE ex rel. WHITE v. BOARD OF SUP'RS OF ALBANY COUNTY et al. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Proceedings by the people of the state of New York, upon the relation of Patrick F. White, against the board of supervisors of the county of Albany, and another. PER CURIAM. Interlocutory judgment, so far as appealed from, affirmed, with costs. CHESTER, J., not sitting.

PEOPLE'S TRUST CO., Appellant, v. YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by the People's Trust Company against James E. York. No opinion. Judgment and order affirmed, with costs.

PERLMUTTER, Appellant, v. BENEKE, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Isaac Perlmutter against Caroline W. Beneke. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PETERS, Respondent, v. CUNEO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Edith M. Peters against Joan N. Cuneo. No opinion. Motion denied.

PETERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Anna R. Peters, as administratrix, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., dissents, upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

PETTEK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Ursulina Pettek against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PETRUZZI, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Angelo Petruzzi against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, on consent in open court, without costs.

POHS, Appellant, v. SCHOLL et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Jacob Pohs against John Scholl and another. No opinion. Judgment and order unanimously affirmed, with costs.

PORTLAND CO., Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the Portland Company against Charles W. Hall and another. D. Flannagan, for appellant. J. Larkin, for respondents. No